IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICIA NOCE, ET AL.,** | **CASE NO. 04-337 ERIE** |
| **PLAINTIFFS,** | **JUDGE SEAN J. McLAUGHLIN** |
| vs. | **NOTICE OF DEATH** |
| | **OF CO-COUNSEL CLAIR M. CARLIN** |
| **CAWA, INC., ET AL.,** | |
| **DEFENDANTS.** | |

Now comes the undersigned and notices this Court of the sudden and unexpected death of co-counsel Clair M. Carlin who died July 6, 2005.

Respectfully submitted,

_____
David E. Pontius          0004781
ANDREWS & PONTIUS LLC
4817 State Road, Suite 100
P.O. Box 10
Ashtabula, Ohio 44005-0010
Phone:      440.998.6835
Fax:          440.992.6336
E-Mail: dpontius@andrewspontius.com

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mail by regular U.S. mail this _____ day of July, 2005 to **G. Jay Habas,** Attorney for Defendant, 1001 State Street, Suite 1400, Erie, Pennsylvania 16501.

_____
David E. Pontius