**STATE OF OHIO**            )
                             )   SS.
**COUNTY OF ASHTABULA**      )

JEFFREY A. FORD, JD., being first duly sworn according to law, deposes and says as follows:

1. I am an attorney admitted to practice law in the State of Ohio (Bar Registration No. 0006002), having been admitted to practice law in the State of Ohio on November 15, 1982. I am in good standing with that Court.

2. I also am admitted to practice law in the United States District Court For The Northern District Of Ohio, having been admitted to practice before that Court on July 8, 1983.

3. I am not now, nor have I been, the subject of any disciplinary action.

4. I am a lawyer with the firm of Andrews & Pontius LLC, telephone number 440-998-6835, fax number 440-992-6336, and one of the attorneys representing Plaintiffs Patricia Noce and Leota Noce in the captioned matter.

Further, Affiant sayeth not.

    s/ Jeffrey A. Ford
JEFFREY A. FORD

Sworn to before me and subscribed in my presence this __19th__ day of __July__, 2005.

    s/ Shirley A. Ackley
Notary Public
My commission expires: 09-16-09

# Exhibit 1