Pro Hac Vice

04-337 E

**UNITED STATES
DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 00500450 — AM
July 22, 2005

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| PRO HAC | 04-337 e | 1 @ | 40.00 |
| | | | 40.00 CH |

TOTAL→                    40.00

FROM: DAVID E. PONTIUS
      4817 STATE ROAD, SUITE 100
      P.O. BOX 10
      ASHTABULA, OH 44005-0010