# ANDREWS & PONTIUS LLC
ATTORNEYS AT LAW



MARK W. ANDREWS
DAVID E. PONTIUS
DUANE J. DUBSKY
JEFFREY A. FORD
PAMELA D. HOUSTON
PHILIP E. CORDOVA

4817 STATE ROAD, SUITE 100
P.O. BOX 10
ASHTABULA, OHIO 44005-0010

TELEPHONE 440.998.6835
FACSIMILE 440.992.6336
www.andrewspontius.com
dpontius@andrewspontius.com

July 20, 2005

Clerk, U. S. District Court
P.O. Box 1820
Erie, Pennsylvania 16507

Re:   **Patricia Noce and Leota Noce vs. CAWA, Inc., and Loretta Leszunov
      USDC No. 04-337E**

Ladies:

Please find enclosed herewith our check in the amount of $40.00 in payment of our Motion To Admit Jeffrey A. Ford, JD., Pro Hac Vice which was filed electronically on July 19, 2005.

Please contact me should you have any questions.

Very truly yours,

David E. Pontius
DEP/sa
enclosure