# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICIA NOCE, ET AL.,** | **CASE NO. 04-337 ERIE** |
| **PLAINTIFFS,** | **JUDGE SEAN J. McLAUGHLIN** |
| **vs.** | **PLAINTIFFS' NOTICE OF VIDEOTAPE DEPOSITION OF RITU MALHOTRA, M.D.** |
| **CAWA, INC., ET AL.,** | |
| **DEFENDANTS.** | |

Please take notice that Plaintiffs Patricia Noce and Leota Noce will take the videotape trial deposition of Ritu Malhotra, M.D., at The Ashtabula Clinic, Inc., 2422 Lake Avenue, Conference Room 352, Ashtabula, Ohio 44004, on January 23, 2006, beginning at 5:30 P.M., for the purpose of preserving said testimony for use at trial, before a court reporter, notary public or any other officer authorized by law to administer oaths.

The deposition will be preserved by stenographic and videotape means.

The oral examination will continue from day-to-day until completed.

Respectfully submitted,

 s/ David E. Pontius
David E. Pontius            0004781
ANDREWS & PONTIUS LLC
4817 State Road, Suite 100
P.O. Box 10
Ashtabula, Ohio 44005-0010
Phone:      440.998.6835
Fax:        440.992.6336
E-Mail: dpontius@andrewspontius.com

**CERTIFICATION**

      I hereby certify that on December 20th, 2005, a copy of the foregoing was filed electronically and Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                  s/ David E. Pontius
                                                                   David E. Pontius