A REGIONAL DEFENSE LITIGATION LAW FIRM

| MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN |

A PROFESSIONAL CORPORATION    www.marshalldennehey.com

1001 State Street, Suite 1400 · Erie, PA 16501
(814) 461-7800 · Fax (814) 461-7818

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
Newtown Square
Norristown
Philadelphia
Pittsburgh
Plymouth Meeting
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

Direct Dial: 814-461-7802
Email: gjhabas@mdwcg.com

December 22, 2005



Honorable Sean J. McLaughlin
U.S. Court House
Room A250
17 South Park Row
Erie, PA 16501

    Re:   Patricia Noce and Leota Noce v. CAWA, Inc. and Loretta Leszunov
          USDC; No. 04-337E
          Our File No. 15646.00114

Dear Judge McLaughlin:

Please be advised that the parties to the above-captioned case have agreed to a full and final settlement.

The parties, through counsel, jointly request that the case be discontinued on the court docket.

If you have any questions about the settlement or request for discontinuance of this case, please call either myself or Attorney Pontius.

Thank you.

                                  Very truly yours,

                                  G. Jay Habas

GJH:bam
cc:   David Pontius, Equire
       Jeffrey Ford, Esquire
       William J. Dunscombe (10042988)
\16_A\LIAB\GJHABAS\CORR\54023\GJHABAS\15646\00114