IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA NOCE, et. al., <br>     Plaintiffs, | ) <br> ) <br> ) | |
| Vs. | ) <br> ) | Civil Action No. 04-377 Erie |
| CAWA, INC., et al., <br>     Defendants. | ) <br> ) | |

**O R D E R**

AND NOW, to wit, this 22nd day of December, 2005, the Court having been advised that the parties have reached an agreement upon a settlement in the above-captioned matter, IT IS HEREBY ORDERED that this case is marked administratively closed. The parties should file a Rule 41 Stipulation for dismissal with a one-page proposed order granting the stipulation. It appears no further action is required by the Court at this time.

    S/Sean J. McLaughlin
    Sean J. McLaughlin
    United States District Judge

cc: all parties of record. nk